DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHAWN A. TYSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3229

_____

April 29, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for
Sarasota County; Thomas Krug, Judge.

PER CURIAM.

    Affirmed.

LaROSE, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.